IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00901-REB-MJW

DOUGLAS PERRY,

Plaintiff,

v.

TASER INTERNATIONAL CORP., et al.,

Defendants.

---

**MINUTE ORDER**

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion to Vacate Scheduling Conference (Docket No. 5) is granted.  The Scheduling Conference set for July 9, 2007, at 2:00 p.m. is vacated.  It is, however, further

**ORDERED** that a Status Conference shall be held on **July 9, 2007, at 2:00 p.m.** in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: July 6, 2007