IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00901-REB-MJW

DOUGLAS PERRY,

Plaintiff,

v.

TASER INTERNATIONAL INC., et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff's Motion to Amend Complaint (docket no. 15) is DENIED WITHOUT PREJUDICE for failure to confer with the Defendants pursuant to D.C.COLO.LCivR 7.1 A.

Date: September 11, 2007