IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00901-REB-MJW

DOUGLAS PERRY,

                Plaintiff,

v.

TASER INTERNATIONAL, INC.;
CITY OF AURORA, COLORADO, a municipal entity;
RICK BENNET, in his official capacity,

    Defendants.

---

**ORDER REGARDING UNOPPOSED MOTION TO STAY DISCOVERY PENDING DETERMINATION OF DEFENDANTS CITY OF AURORA AND FORMER CHIEF RICKY BENNETT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)**
(Docket No. 47)

---

THIS CAUSE coming before the Court on Defendants Aurora and Bennett's Unopposed Motion to Stay Discovery Pending Determination of Defendants City of Aurora and Former Chief Ricky Bennett's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6), and the Court being fully advised in the premises, orders that:

The Unopposed Motion to Stay Discovery as to Defendants Aurora and Bennett is GRANTED. (\*)

DATED: December 6, 2007

MICHAEL J. WATANABE
Judge
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

(\*) ALL Discovery Directed to Defendants City of Aurora And Rick Bennett is STAYED until Further Order of Court.