IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00901-REB-MJW

DOUGLAS PERRY,

Plaintiff,

v.

TASER INTERNATIONAL INC., et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that Plaintiff's Second Motion to Amend Complaint (docket no. 33) is GRANTED pursuant to Fed. R. Civ. P. 15(a) and <u>Lind v. Aetna Health, Inc.</u>, 466 F.3d 1195, 1199 (10th Cir. 2006). The Third Amended Complaint (docket no. 33-2) is accepted for filing today.

Date: December 6, 2007